LINK TO [77]

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVA YUK WAH MA WONG,** individually and as successor in interest to the **ESTATE OF RONALD WONG**; **BENJAMIN WONG,** individually and as successor inn interest to the **ESTATE OF RONALD WONG**; and the **ESTATE OF RONALD WONG,** <br><br>　　Plaintiffs, <br><br>　　v. <br><br>**CARNIVAL CORPORATION & PLC,** a Bermuda Corporation; and **PRINCESS CRUISE LINES, LTD.,** a Bermuda Corporation, <br><br>　　Defendants. | CASE NO: 2:20-cv-04727-RGK-SK <br><br>*[Assigned to the Hon. R. Gary Klausner]* <br><br>**[PROPOSED] ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** <br><br>Magistrate: Hon. Steve Kim <br><br>Filed:　May 27, 2020 <br>Trial:　October 12, 2021 |

# [PROPOSED] ORDER

Upon consideration of the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) ("Stipulation"), IT IS HEREBY ORDERED THAT the Stipulation is hereby GRANTED. Plaintiffs' Eva Yuk Wah Ma Wong, individually and as personal representative of the Estate Of Ronald Wong, Benjamin Wong, individually, and the Estate Of Ronald Wong claims are dismissed with prejudice. Each party shall bear their/its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: September 14, 2021

                                                     Hon. R. Gary Klausner
                                                   United States District Judge